[DO NOT PUBLISH]

In the

# United States Court of Appeals

### For the Eleventh Circuit

————————————————

No. 23-14065

Non-Argument Calendar

————————————————

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

*versus*

GENARO CARABALLO-FERMIN,
a.k.a. Genaro Coraballo,

Defendant-Appellant.

————————————————

Appeal from the United States District Court
for the Middle District of Florida
D.C. Docket No. 8:23-cr-00174-MSS-AEP-3

————————————————

2                    Opinion of the Court                    23-14065

Before WILSON,  LUCK, and LAGOA, Circuit Judges.

PER CURIAM:

Christopher DeLaughter, appointed counsel on appeal for Genaro Caraballo-Fermin in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California*, 386 U.S. 738 (1967).  Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct.  Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Caraballo-Fermin's conviction and sentence are **AFFIRMED**.